En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| IN RE: <br><br> GLADYS E. GUEMAREZ SANTIAGO | QUEJA <br><br> 98TSPR118 |

Número del Caso: AB-98-34 Y 35

Abogados Parte Querellante:　　HON. CARLOS LUGO FIOL
　　　　　　　　　　　　　　　　　PROCURADOR GENERAL

　　　　　　　　　　　　　　　　　LCDA. LUZ M. LOZADA URBINA
　　　　　　　　　　　　　　　　　PROCURADORA GENERAL AUXILIAR

Abogados Parte Querellada:　　POR DERECHO PROPIO

Fecha: 8/25/1998

Materia: CONDUCTA PROFRESIONAL

Este documento constituye un documento oficial del
Tribunal Supremo que está sujeto a los cambios y
correciones del proceso de compilación y
publicación oficial de las decisiones del Tribunal.
Su distribución electrónica se hace como un
servicio público a la comunidad.

ENEL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                    AB-98-34
    Lcda. Gladys E. Guemárez        AB-98-35
    Santiago


Sala Especial de Verano integrada por el Juez Presidente señor Andréu García y los Jueces Asociados señores Negrón García y Hernández Denton

RESOLUCIÓN

San Juan, Puerto Rico, a 25 de agosto de 1998

Con relación a la Moción Urgente, por derecho propio, de la abogada Gladys E. Guemárez Santiago solicitando su reinstalación por haber comparecido por escrito ante la Oficina del Procurador General, conforme nuestra Opinión Per Curiam del 30 de junio de 1998, se le reinstala efectivo hoy al ejercicio de la abogacía. El Tribunal considera suficiente sanción el tiempo transcurrido de su suspensión provisional.

Este dictamen no releva a la Oficina de Inspección de Notarías a continuar con el trámite respecto a la inspección de su obra notarial.

Publíquese y notifíquese por escrito y la vía telefónica.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo